IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06mj39-SRW |
| | ) | |
| JOSEPH ANTHONY GUTIERREZ | ) | |
| HORACIO JAIMES-ALBITER | ) | |
| CARLOS SOLANO-OLASCOAGA | ) | |
| FRANCISCO ULLOA-JIMINEZ | ) | |
| JULIO CESAR ZAVALA-ULLOA | ) | |
| OMAR TORRES-VAZQUEZ | ) | |

## **ORDER**

For good cause, it is

ORDERED that the preliminary examinations set for May 4, 2006 are cancelled, as the grand jury has indicted these defendants.

DONE, this 3rd day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE